IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sharon Newman, et. al., | No. cv-10-556-TUC-CRP |
| Plaintiffs, | **ORDER TO DISMISS WITH PREJUDICE** |
| vs. | |
| Bank of America NA, et. al., | |
| Defendants. | |

Upon stipulation of the parties (Doc. 36), and good cause appearing;

**IT IS ORDERED DISMISSING WITH PREJUDICE** this case, each party to bear their own attorneys' fees and costs. The Clerk of the Court shall vacate any pending deadlines in this case and close its file in this matter.

Dated this 30th day of April, 2012.

_____

CHARLES R. PYLE
UNITED STATES MAGISTRATE JUDGE